1  ADAM PAUL LAXALT
      Attorney General
2  BENJAMIN R. JOHNSON, Bar No. 10632
      Deputy Attorney General
3  State of Nevada
   Bureau of Litigation
4  Public Safety Division
   100 N. Carson Street
5  Carson City, NV 89701-4717
   Tel: (775) 684-1254
6  E-mail: BJohnson@ag.nv.gov

7  *Attorneys for Defendants
   Shane Escamilla, Sandra Rose-Thayer*
8  *and Melissa Travis*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RICKIE SLAUGHTER,

    Plaintiff,

vs.

ESCAMILLA, et al.,

    Defendant.

Case No. 3:16-cv-00457-MMD-WGC

Order Re:

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO SERVE DISCOVERY RESPONSES**

Defendants, Shane Escamilla, Sandra Rose-Thayer, and Melissa Travis, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Benjamin R. Johnson, Deputy Attorney General, hereby submit this Motion for Extension of Time to Serve Discovery Responses. This Motion is based on Federal Rule of Civil Procedure 6(b)(1)(A), the following Memorandum of Points and Authorities, and all papers and pleadings on file in this action.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.  ARGUMENT

Plaintiff has propounded discovery requests on several defendants. Defendants respectfully request a seven (7) day extension of time to serve discovery responses. Defendants and counsel have been working diligently on responding to the discovery but due to the holiday and deadlines in other cases were unable to finish the responses before the deadline. The requested extension of time will afford Defendants adequate time to serve discovery responses.

1

Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Defendants' request is timely and its limited nature will not hinder or prejudice Plaintiff's case, but will allow for thorough responses to Plaintiff's discovery requests. Defendants' request is made in good faith and not to delay or hinder proceedings in this matter. The requested seven (7) day extension of time will permit Defendants time to adequately research and respond to Plaintiff's discovery requests. Defendants assert that the requisite good cause is present to warrant the requested extension of time.

### III. CONCLUSION

For the foregoing reasons, Defendants respectfully request a seven (7) day extension of time to serve pending discovery responses, with a new deadline for service through December 29, 2017.

DATED this 22nd day of December, 2017.

ADAM PAUL LAXALT
Attorney General

By: *[signature]*
BENJAMIN R. JOHNSON
Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
*Attorneys for Defendants*

IT IS SO ORDERED.

*[signature]*
U.S. MAGISTRATE JUDGE
DATED: 12-24-17

2