ADAM PAUL LAXALT
  Attorney General
BENJAMIN R. JOHNSON, Bar No. 10632
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1254
E-mail: bjohnson@ag.nv.gov

*Attorneys for Defendants*
*Shane Escamilla, Stephen Mollet*
*Sandra Rose-Thayer and Melissa Travis*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RICKIE SLAUGHTER,<br><br>    Plaintiff,<br><br>vs.<br><br>ESCAMILLA, et al.,<br><br>    Defendant. | Case No. 3:16-cv-00457-MMD-WGC<br>**ORDER GRANTING**<br><br>**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DISCOVERY REQUEST TO MELISSA TRAVIS** |

Defendants, Shane Escamilla, Stephen Mollet, Sandra Rose-Thayer, and Melissa Travis, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Benjamin R. Johnson, Deputy Attorney General, do hereby move this Court for an enlargement of time to serve their responses and/or objections to Plaintiff's discovery requests to Defendant Melissa Travis. This Motion is based on the following Memorandum of Points and Authorities and all papers and pleadings on file herein.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. INTRODUCTION AND RELEVANT PROCEDURAL HISTORY

On April 30, 2018, Plaintiff served his second set of interrogatories to Defendant Melissa Travis. He also included a request for production of documents in the same request. Defendants served responses to the request for production of documents on May 30, 2018. However, Defendant Travis has requested a small extension of time to complete her responses to the interrogatories.

FED. R. CIV. P. 6(b)(1) governs enlargements of time and provides as follows:

1

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

The proper procedure, when additional time for any purpose is needed, is to present a request for extension of time before the time fixed has expired. *Canup v. Mississippi Val. Barge Line Co.,* 31 F.R.D. 282 (W.D.Pa. 1962). Extensions of time may always be asked for, and usually are granted on a showing of good cause if timely made under subdivision (b)(1) of the Rule. *Creedon v. Taubman*, 8 F.R.D. 268 (N.D. Ohio 1947).

Defendant Travis seeks an enlargement of time to serve responses to the second set of interrogatories. Good cause exists to extend the time to file this motion. Defendant Travis needs a small enlargement of time to respond, up to and including, June 13, 2018. Plaintiff will not be prejudiced by this short extension of time.

## II. CONCLUSION

Based on the foregoing, Defendants respectfully request their motion for enlargement of time is granted and the deadline for serving discovery responses be extended to June 13, 2018.

DATED this 30th day of May, 2018.

ADAM PAUL LAXALT
Attorney General

By: /s/ Benjamin R. Johnson
BENJAMIN R. JOHNSON
Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division

*Attorneys for Defendants*

**APPROVED AND SO ORDERED:**

/s/ William G. Cobb
**U.S. MAGISTRATE JUDGE**

**DATED:** May 31, 2018