ADAM PAUL LAXALT
  Attorney General
BENJAMIN R. JOHNSON, Bar No. 10632
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1254
E-mail: bjohnson@ag.nv.gov

*Attorneys for Defendants*
*Shane Escamilla, Stephen Mollet*
*Sandra Rose-Thayer and Melissa Travis*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

RICKIE SLAUGHTER,

        Plaintiff,

vs.

ESCAMILLA, et al.,

        Defendant.

Case No. 3:16-cv-00457-MMD-WGC

**ORDER GRANTING**

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO SECOND MOTION TO COMPEL (SECOND REQUEST)**

      Defendants, Shane Escamilla, Stephen Mollet, Sandra Rose-Thayer, and Melissa Travis, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Benjamin R. Johnson, Deputy Attorney General, do hereby move this Court for an enlargement of time to file their response to Plaintiff's Second Motion to Compel Discovery from Defendant Travis (ECF No. 67). This Motion is based on the following Memorandum of Points and Authorities and all papers and pleadings on file herein.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. INTRODUCTION AND RELEVANT PROCEDURAL HISTORY

      On June 18, 2018, Plaintiff filed his Second Motion to Compel Discovery from Defendant Travis (ECF No. 67). Defendants previously sought an extension of time to respond to the motion to compel. Due to the apparent conflicting discovery responses, counsel has been attempting to work with Defendants

///

///

1

and the Offender Management Division in order to determine the disparity and correct discovery responses.  Defendants request a second short extension of time in order to solve any disparities, amend discovery responses if needed and to submit a response to the motion to compel.

FED. R. CIV. P. 6(b)(1) governs enlargements of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

The proper procedure, when additional time for any purpose is needed, is to present a request for extension of time before the time fixed has expired. *Canup v. Mississippi Val. Barge Line Co.,* 31 F.R.D. 282 (W.D.Pa. 1962).  Extensions of time may always be asked for, and usually are granted on a showing of good cause if timely made under subdivision (b)(1) of the Rule. *Creedon v. Taubman*, 8 F.R.D. 268 (N.D. Ohio 1947).

Counsel requests a second enlargement of time, up to and including July 20, 2018, to file an opposition to the Motion to Compel.  Counsel needs additional time to confer with Defendant Travis and the Offender Management Division regarding the disparity in discovery responses and to amend accordingly.  Plaintiff will not be prejudiced by a small enlargement of time.  Good cause exists to extend the time to file this motion and the request is not made to delay or for any improper purpose.

///
///
///
///
///
///
///
///
///
///
///

## II.    CONCLUSION

Based on the foregoing, Defendants respectfully request their motion for enlargement of time is granted and the deadline for filing an opposition to the second motion to compel be extended to July 20, 2018.

DATED this 6th day of July, 2018.

ADAM PAUL LAXALT
Attorney General

By:    BENJAMIN R. JOHNSON
Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division

*Attorneys for Defendants*

**APPROVED AND SO ORDERED:**

**U.S. MAGISTRATE JUDGE**

**DATED:**    June 6, 2018