| | |
|---|---|
| 1 | ADAM PAUL LAXALT |
|   |   Attorney General |
| 2 | BENJAMIN R. JOHNSON, Bar No. 10632 |
|   |   Deputy Attorney General |
| 3 | State of Nevada |
|   | Bureau of Litigation |
| 4 | Public Safety Division |
|   | 100 N. Carson Street |
| 5 | Carson City, NV 89701-4717 |
|   | Tel: (775) 684-1254 |
| 6 | E-mail: bjohnson@ag.nv.gov |

*Attorneys for Defendants*
*Shane Escamilla, Stephen Mollet*
*Sandra Rose-Thayer and Melissa Travis*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RICKIE SLAUGHTER,

    Plaintiff,

vs.

ESCAMILLA, et al.,

    Defendant.

Case No. 3:16-cv-00457-MMD-WGC

**ORDER GRANTING DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S SECOND MOTION FOR SANCTIONS AGAINST DEFENDANT ESCAMILLA**

    Defendants, Shane Escamilla, Stephen Mollet, Sandra Rose-Thayer, and Melissa Travis, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Benjamin R. Johnson, Deputy Attorney General, do hereby move this Court for an enlargement of time to file their response to Plaintiff's 2nd Motion for Sanctions Against Defendant Escamilla (ECF No. 68). This Motion is based on the following Memorandum of Points and Authorities and all papers and pleadings on file herein.

///
///
///
///
///
///

1

**MEMORANDUM OF POINTS AND AUTHORITIES**

I. **INTRODUCTION AND RELEVANT PROCEDURAL HISTORY**

On July 2, 2018, Plaintiff filed his Second Motion for Sanctions Against Defendant Escamilla. (ECF No. 68). Counsel has been working on an opposition and needs to confer with Defendant Escamilla on some supplemental discovery responses. Defendants request a small enlargement of time, up to and including, July 20, 2018, in order to solve any disparities, amend discovery responses if needed and to submit a response to the motion to compel.

FED. R. CIV. P. 6(b)(1) governs enlargements of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

The proper procedure, when additional time for any purpose is needed, is to present a request for extension of time before the time fixed has expired. *Canup v. Mississippi Val. Barge Line Co.,* 31 F.R.D. 282 (W.D.Pa. 1962). Extensions of time may always be asked for, and usually are granted on a showing of good cause if timely made under subdivision (b)(1) of the Rule. *Creedon v. Taubman*, 8 F.R.D. 268 (N.D. Ohio 1947).

Counsel requests an enlargement of time, up to and including July 20, 2018, to file an opposition to the Motion for Sanctions. Counsel needs additional time to confer with Defendant Escamilla regarding the disparity in discovery responses and to amend accordingly. Plaintiff will not be prejudiced by a small enlargement of time. Good cause exists to extend the time to file this motion and the request is not made to delay or for any improper purpose.

///
///
///
///
///
///
///
///
///

## II. CONCLUSION

Based on the foregoing, Defendants respectfully request their motion for enlargement of time is granted and the deadline for filing an opposition to the second motion for sancitons be extended to July 20, 2018.

DATED this 16th day of July, 2018.

          ADAM PAUL LAXALT
          Attorney General

By: *Benjamin R. Johnson*
       BENJAMIN R. JOHNSON
       Deputy Attorney General
       State of Nevada
       Bureau of Litigation
       Public Safety Division

*Attorneys for Defendants*

**APPROVED AND SO ORDERED:**

*William G. Cobb*
**U.S. MAGISTRATE JUDGE**

DATED: July 17, 2018