# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| RICKIE SLAUGHTER, | ) | 3:16-cv-00457-MMD-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | May 13, 2019 |
| ESCAMILLA, *et al.*, | ) | |
| Defendants. | ) | |

PRESENT: <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>KATIE LYNN OGDEN</u>  REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Second Request for Enlargement of Time to File Opposition to Defendants' Motion for Summary Judgment (ECF No. 115).

Good cause appearing, Plaintiff's Second Request for Enlargement of Time to File Opposition to Defendants' Motion for Summary Judgment (ECF No. 115) is **GRANTED**. Plaintiff shall have to and including **Friday, May 31, 2019**, in which to file an opposition to Defendants' Motion for Summary Judgment (ECF No. 107).

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: <u>     /s/                    </u>
    Deputy Clerk