AARON D. FORD
  Attorney General
HENRY H. KIM, Bar No. 14390
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Avenue, Suite 3900
Las Vegas, NV 89101
(702) 486-3095 (phone)
(702) 486-3773 (fax)
hkim@ag.nv.gov

*Attorneys for Defendants*
*Shane Escamilla, Stephen Mollet,*
*Sandra Rose-Thayer and Melissa Travis*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RICKIE SLAUGHTER,<br><br>            Plaintiff,<br><br>vs.<br><br>ESCAMILLA, et al.,<br><br>            Defendant. | Case No.  3:16-cv-00457-MMD-WGC |

### STIPULATION AND ORDER OF DISMISSAL

      It is hereby stipulated and agreed by and between Plaintiff, Rickie Slaughter, and Defendants, Shane Escamilla, Stephen Mollet, Sandra Rose-Thayer and Melissa Travis, by and through counsel, Aaron D. Ford, Attorney General for the State of Nevada, and Henry H. Kim, Deputy Attorney General, that the Second Amended Civil Rights Complaint in the above captioned matter be dismissed in its entirety with prejudice,

. . .

. . .

. . .

1

1        Each party shall bear their own attorney's fees and costs.

2    DATED this ____ day of _____, 2021        DATED this ____ day of _____, 2021

                                                                                            AARON D. FORD
                                                                                           Attorney General

By: _____        By: _____/s/ Henry H. Kim_____
    Nick Shook (Bar No. 13400)                              Henry H. Kim (No. 14390)
    *Attorney for Plaintiff Rickie Slaughter*        Deputy Attorney General

                                                                                    *Attorneys for Defendants Shane Escamilla, Stephen Mollet, Sandra Rose-Thayer and Melissa Travis*

                                                                                     IT IS SO ORDERED.

                                                                                     _____
                                                                                     DISTRICT COURT JUDGE

                                                                                     DATED: __August 17, 2021_____